## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

      Plaintiff,

v.

SUNRISE VILLAS, LLC, MATTY
WERCBERGER and SHIMON
WEINBERGER,

      Defendants.

Case No. 2:25-cv-02217-JPM-cgc

## DECLARATION OF MATTY WERCEBERGER IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO STAY APPOINTMENT OF RECEIVER AND TO RECONSIDER ORDER OF APPOINTMENT

**COMES NOW**, the Declarant, Matty Wercberger, who declares and states, under penalty of perjury, as follows:

1. My name is Matty Wercberger, and I am an adult resident of the State of New York and over the age of 21.

2. I am the managing member of Sunrise Villas, LLC and a Guarantor under the subject Loan with Fannie Mae.

3. I have knowledge of the facts and statements contained herein, and I am authorized by Mueller Brass to speak on those matters.

4. Sunrise Villas LLC is the Borrower under that certain October 26, 2022, $7,274,000.00 loan (the "Loan"), obtained from Arbor Commercial Funding I, LLC, and later assigned to Federal National Mortgage Association ("Fannie Mae").

1

5. The Loan is secured by a parcel of real estate in Shelby County, Tennessee consisting of the multi-family apartment complex located at 2080 Winchester Rd. Memphis, Tennessee 38116 (the "Property")

6. Since the time of acquisition, Borrower has infused more than $3,800,000.00 in capital to improve and reposition the property.

7. There are presently only seven vacant units out of 112 total units at the Property.

8. Fannie Mae provided Borrower with a copy of a property condition assessment ("PCA") conducted by Armada Analytics on March 27, 2025.

9. The PCA denominates three (3) different categories of "immediate repairs" making up Armada's $1,418,730.15 cost estimate, and Fannie Mae's corresponding escrow deposit demand.

10. First, the PCA identifies an estimated $366,850.00 needed for "Life Safety Items" –those items that "may impact health or safety." Second, the PCA identifies an estimated $1,075,450.00 needed for "Critical Items" – those that are recommended to be completed within six (6) months. Third, the PCA identifies an estimated $2,850.00 needed for "Deferred Maintenance" – those that are recommended to be completed within one (1) year.

11. As of this date, of the "Life Safety Items" identified by Armada, the following is true:

Exterior identification numbers for each apartment unit – Completed.

Flushing/cleaning out sanitary lines – Completed.

Replacing any broken exterior light fixtures – Completed.

Ensuring locking cover on breaker panels and junction boxes – Completed.

Installation of GFCI receptacles – Completed.

Confirming that interior smoke detectors are operational – Completed.

12. As of this date, of the "Critical Repair Items" identified by Armada, the following is true:

Drainage ditch clean out – Completed.

Repair leaks in water lines – Completed.

Cladding replacement and repairs – Completed.

Roof covering repairs – Completed.

Exterior stair repairs – Completed.

Gutter and downspout repairs – Completed.

Window repairs – Completed.

Breaker panel repairs – Completed.

Down Units – All but 7 repaired. All will be repaired within 30-days.

Pavement, driveway, and concrete repairs – to be completed at end of Capx Project.

Landscaping - to be completed at end of Capx Project.

Access Gate - to be completed at end of Capx Project.

13. Borrower has already completed a substantial amount of the work identified in the PCA – investing additional funds to resolve the condition issues identified in the PCA, and Borrower is well ahead of schedule completing all of the repairs under the repair timeline proposed by Fannie Mae.

14. Borrower has also either fully addressed, or substantively begun to address, all of the items identified by Armada in the PCA.

15. All items will be addressed within the time prescribed in the Armada PCA.

16. The Property is in good condition and fully collateralizes the Loan.

17. The Armada PCA does not accurately reflect the condition of the Property.

18. Borrower has not breached the Loan Agreement.

19. The appointment of a receiver will cause enormous, and potentially irreparable harm, to Borrower and Guarantor.

**FURTHER DECLARANT SAYETH NOT.**

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2025.

_____

Matty Wercberger

*An original, ink-signed copy of this Declaration is maintained in the records of Glankler Brown, PLLC, located at 6000 Poplar Ave. Suite 400, Memphis, Tennessee 38119.*

**[Nothing Follows]**

Respectfully submitted,

**GLANKLER BROWN, PLLC**

By: /s/ S. Joshua Kahane
S. Joshua Kahane (TN #23726)
Aubrey B. Greer (TN #35613)
6000 Poplar Ave., Suite 400
Memphis, TN 38119
Phone: (901) 525-1322
Fax: (901) 525-2389
jkahane@glankler.com
agreer@glankler.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties by operation of the Court's ECF system and/or United States Mail, postage prepaid:

Robert F. Tom, Esq.
Kelly L. Hagy, Esq.
Locke H. Waldrop, Esq.
Baker Donelson Bearman Caldwell & Berkowitz
165 Madison Avenue
Suite 2000
Memphis, Tennessee 38103
rtom@bakerdonelson.com
khagy@bakerdonelson.com
lwaldrop@bakerdonelson.com

*Attorneys for Plaintiff*

/s/ S. Joshua Kahane
S. Joshua Kahane