**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 2:25-cv-2217-JPM-cgc |
| v. | ) ) | |
| SUNRISE VILLAS, LLC, MATTY WERCBERGER, & SHIMON WEINBERGER | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER STAYING TAKEOVER OF PROPERTY AND SETTING HEARING ON EMERGENCY MOTION**

Before the Court is Defendants' Emergency Motion Seeking a Stay Halting Federal National Mortgage Associate's Forced Takeover of the Property and Finding of Contempt Against Federal National Mortgage Association.  (ECF No. 42.)

Given the nature of the Emergency Motion, the Court **STAYS** Plaintiff's "takeover" of the Property and **SETS A HEARING** on the Emergency Motion for **10:15 AM CDT** on **July 3, 2025**, via Zoom.  The stay is effective through the hearing.

**SO ORDERED**, this the 1st day of July, 2025.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE